**Daniel Leo WILLIAMS,**
**Plaintiff–Appellant,**

v.

**Mr. WOODARD; North Carolina Department of Corrections, Division of Health Services; Doctor Lightsey; Doctor Kyermarten, Defendants–Appellees,**

and

**James B. Hunt, Jr.; Theodis Beck, Defendants.**

**No. 01–6110.**

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Daniel Leo Williams, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit J.

PER CURIAM.

Daniel Leo Williams appeals the district court's order dismissing one of the

---

defendants in his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*